# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

SIDNEY MARTS,

      Plaintiff,

v.                           CASE NO. 5:11-cv-345-RS-EMT

JOHN DOE, et al.,

      Defendants.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 5).

No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Notice of Voluntary Dismissal (Doc. 4) is **GRANTED**.

3. The case is **DISMISSED without prejudice**.

4. The clerk is directed to close the file.

**ORDERED** on December 8, 2011.

                    /S/ Richard Smoak
                    **RICHARD SMOAK**
                    **UNITED STATES DISTRICT JUDGE**